# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

Full Caption of Later Filed Case:

SECURITIES AND EXCHANGE COMMISSION

Plaintiff

vs.

GEORGE JOHN DRAZENOVIC

Defendant

Case Number

1:25-cv-10492

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

SECURITIES AND EXCHANGE COMMISSION

Plaintiff

vs.

RONALD BAUER A/K/A RONALD J. BAUER and RONALD JACOB BAUER, CRAIG JAMES AURINGER, ALON FRIEDLANDER, MASSIMILIANO ("MAX") POZZONI, DANIEL MARK FERRIS, PETAR DMITROV MIHAYLOV, DAVID SIDOO and ADAM CHRISTOPHER KAMBEITZ

Defendant

Case Number

1:22-cv-3089 (AS)

IH-32	Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed	(If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

✓ Open	(If so, set forth procedural status and summarize any court rulings.)

On October 11, 2022, the earlier filed case (the "Bauer Action") was stayed pending the completion of a parallel criminal action, United States v. Ronald Bauer et al., 22-cr-155 (PAE) (SDNY) (the "Criminal Action"). During the pendency of the stay, the Securities and Exchange Commission has provided the Court with regular status reports on the Bauer Action and the Criminal Action. Further, on December 18, 2024, the Court entered a final judgment in the Bauer Action as to defendant Petar Mihaylov.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The actions concern the same or substantially similar parties, transactions, and events.  The complaint alleges that Defendant Drazenovic furthered two penny stock fraud rings - one led by Ronald Bauer (the "Bauer Ring") and the other having Daniel Ferris among its principals (the "Ferris Ring") - that engaged in pump-and-dump frauds.  Members of the Bauer and Ferris Rings are defendants in the earlier filed action, and several specific frauds are at issue in both actions (i.e., the Blue Eagle, Virtus, Gray Fox, Black Stallion and Bison pump-and-dumps). There is accordingly substantial factual overlap between the earlier filed and the newly filed cases, and there would be a substantial duplication of effort and expense, delay, and undue burden on the court absent a determination of relatedness.

Signature: /s/ Benjamin D. Brutlag	Date: 12/18/25

Firm: U.S. Securities & Exchange Commission
100 F St. NE, Washington, DC 20549